UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 18-2001-SVW (PJW) | Date | June 4, 2018 |
|---|---|---|---|

| Title | *Michael David Hemingway v. CSP-LAC, et al.* |
|---|---|

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge | |
|---|---|---|
| Isabel Martinez | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** Order to Show Cause Why Action Should Not Be Dismissed

On March 26, 2018, the Court granted Plaintiff leave to file a First Amended Complaint by April 28, 2018. (Doc. No. 5.) Plaintiff failed to file a First Amended Complaint.

On May 4, 2018, the Court *sua sponte* granted Plaintiff an extension of time to file a First Amended Complaint up to and including May 25, 2018. (Doc. No. 7.) The Court has not received a First Amended Complaint or any other communication from Plaintiff.

Accordingly, by **June 25, 2018**, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or comply with the Court's previous order. Plaintiff is cautioned that failure to timely file a response will be deemed consent to the dismissal of this action. In the event Plaintiff wishes to voluntarily dismiss this action, he may complete and return the enclosed Notice of Dismissal form by **June 25, 2018.**

If Plaintiff files a First Amended Complaint by **June 25, 2018**, this Order to Show Cause will be automatically discharged and Plaintiff will not need to file a separate response addressing it.

S:\PJW\Cases-Civil Rights\HEMINGWAY\OSC re dismissal.wpd

: 

Initials of Preparer   im