# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 18-2001-SVW (PJW) | Date | September 13, 2018 |
|---|---|---|---|

| Title | *Michael David Hemingway v. CSP-LAC, et al.* |
|---|---|

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|

| Isabel Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendants:

None Present   None Present

**Proceedings:**   Order to Show Cause Why First Amended Complaint Should Not be Dismissed

On June 7, 2018, Plaintiff Michael David Hemingway, proceeding *pro se* and *in forma pauperis* filed a First Amended Complaint against Defendants California State Prison-Los Angeles County ("CSP-LAC"), Dr. Laughlin, Dr. Labranski, Nurse Aukward, and Dr. Devins, alleging that he was denied his psychiatric and pain medications when he arrived at CSP-LAC and that the doctors' deliberate indifference led Plaintiff to rape his transgender cellmate. (Doc. No. 9 at 3-5.) He seeks monetary relief. (Doc. No. 9 at 6.) On July 11, 2018, the Court dismissed the First Amended Complaint with leave to file a Second Amended Complaint by August 8, 2018. (Doc. No. 11.) The Court has not received a Second Amended Complaint from Plaintiff.

Accordingly, by **October 9, 2018**, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or comply with the Court's previous order. Plaintiff is cautioned that failure to timely file a response will be deemed consent to the dismissal of this action. In the event Plaintiff wishes to voluntarily dismiss this action, he may complete and return the enclosed Notice of Dismissal form by **October 9, 2018.**

If Plaintiff files a Second Amended Complaint by **October 9, 2018**, this Order to Show Cause will be automatically discharged and Plaintiff will not need to file a separate response addressing it.

_____ : _____

Initials of Preparer   im