UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 18-2001-SVW (PJW) | Date | February 8, 2019 |
|---|---|---|---|
| Title | *Michael David Hemingway v. CSP-LAC, et al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge | |
|---|---|---|
| Isabel Martinez | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** Order to Show Cause

On November 19, 2018, the Court issued an Order dismissing Plaintiff's Second Amended Complaint with leave to amend. (Doc. No. 15.) On December 13, 2018, Plaintiff filed a document which was labeled "Third Amended Complaint." (Doc. No. 18.) This document is unintelligible.

**No later than March 1, 2019 Plaintiff is ordered to file a Fourth Amended Complaint or show cause for his failure to do so.** Should Plaintiff fail to do so by the deadline, he is warned that the case may be dismissed pursuant to Federal Rule of Civil Procedure 41.

O:\PJW\ECF Ready\MO_OSC wpd.wpd

: 

Initials of Preparer    kb