# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:18-cv-02001-SVW-KES                                                      Date: August 25, 2020

Title:  MICHAEL DAVID HEMINGWAY v. CSP-LAC, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**         **Order to Show Cause**

In March 2018, Plaintiff Michael David Hemingway ("Plaintiff") filed a civil rights lawsuit against medical staff at California State Prison – Los Angeles County/Lancaster ("CSP-LA") alleging that upon his transfer to CSP-LA in approximately January 2018, they stopped or changed his psychiatric medications and otherwise failed to provide appropriate care.  (Dkt. 1.)  After multiple screening orders, he filed a Fourth Amended Complaint in May 2019.  (Dkt. 24.)  In January 2020, the previously assigned magistrate judge authorized service on one defendant: Nurse Aukward.  (Dkt. 26.)  In June 2020, the U.S. Marshals Service filed a "process receipt and return" indicating that they were unable to serve "Nurse Aukward" at the address for CSP-LA because the staff at CSP-LA could not identify any nurse with that name.  (Dkt. 32.)  On July 2, 2020, Plaintiff was ordered to "provide[] more information identifying Defendant" so that "Nurse Aukward" could be identified and served.  (Dkt. 33.)  As of the date of this order, the Court has not received any response from Plaintiff.

The Court, therefore, orders Plaintiff to show cause why this lawsuit should not be dismissed for lack of prosecution.  Plaintiff shall respond to this order **on or before September 25, 2020**, by providing as much information as he can to identify "Nurse Aukward" (for example: full name, employee identification number, sex, position/title, physical description, facts about how/where/when "Nurse Aukward" interacted with Plaintiff, possible alternative name spellings, etc.).  Failure to timely respond to this order to show cause may result in the immediate dismissal of Plaintiff's lawsuit.

Initials of Deputy Clerk JD